Joseph Barnard Hines
#901768 - Connally unit
899 F.M. 632
Kenedy, Tx. 78119

55,762-10

Clerk of the
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tx. 78711

April 13, 2015

RE: APPLICANT'S NOTICE TO THE COURT OF CRIMINAL
APPEALS IN WR-55.762-10

Dear Clerk,

I'm giving written notice that I have placed my supplemental writ of habeas corpus in the prison mail box on 4-14-15 mail to the Clerk - Chris Daniel of Harris County - P.O. Box 4651 - Houston, Tx. 77210-4651, in the above writ cause number.

Thank you for you time.

C.C.F.

x _[signature]_

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 16 2015

Abel Acosta, Clerk

1 of 1